**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENA DRAWN, | Case No. CV 15-03787-BRO (KES) |
| Plaintiff, | |
| vs. | **JUDGMENT** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and this action is dismissed with prejudice.

DATED: May 3, 2016

_____
BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE