1

2

3                                              JS-6

4

5

6

7

8                  UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10

11   LENA DRAWN,                    )   Case No. CV 15-03787-JFW (KES)
                                    )
12              Plaintiff,          )
                                    )        **AMENDED JUDGMENT**
13        vs.                       )
                                    )
14   NANCY A. BERRYHILL, Acting     )
     Commissioner of Social Security, )
15                                  )
                Defendant.          )
16   ────────────────────────────────

17        Pursuant to the Ninth Circuit Court of Appeals Memorandum filed on March

18   22, 2018,  reversing and remanding to the district court (Dkt. 36),

19        IT IS HEREBY ADJUDGED that this matter is remanded to the Social Security

20   Administration  for  further  proceedings  consistent  with  the  Ninth  Circuit's

21   Memorandum.

22

23   DATED: May 21, 2018

24                                    HON. JOHN F. WALTER
                                      UNITED STATES DISTRICT JUDGE

25   Presented by:

26

27   ────────────────────────
     Hon. Karen E. Scott
28   United States Magistrate Judge

1